# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

November Acquisitions SPV LLC, et al.

                    Plaintiff,

v.                                      Case No.: 1:25−cv−03148

                                      Honorable Joan B. Gottschall

Baruch Gottesman

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 2, 2025:

      MINUTE entry before the Honorable Joan B. Gottschall: Defendant's second unopposed motion [17] to extend his answer deadline is granted. Defendant's deadline to answer or otherwise respond to the complaint is extended to and including July 11, 2025. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.