**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

November Acquisitions SPV LLC, et al.
                              Plaintiff,

v.                                                       Case No.: 1:25−cv−03148
                                                           Honorable Joan B. Gottschall

Baruch Gottesman
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 18, 2025:

      MINUTE entry before the Honorable Albert Berry III: Status hearing held 11/18/25. The parties have agreed that Defendant will provide written responses and document production by 11/25/25. Defendant's Unopposed Motion for Extension of Time for Fact Discovery [32] is granted and the fact discovery deadline is extended to 3/16/26. The parties are ordered to file an updated joint status report on 1/20/26 informing the Court on the progress of fact discovery and whether the parties believe a settlement conference would be fruitful at that time. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.