IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| November Acquisitions SPV LLC, December Acquisitions SPV LLC, Bad Gremlin LLC, Remora LLC <br><br> v. <br><br> Baruch Gottesman d/b/a/ Gottesman Legal Services. | Case No. 25-cv-03148 <br><br> The Honorable Joan B. Gottschall <br><br> The Honorable Albert Berry III Magistrate Judge |

**DEFENDANT'S STATUS REPORT**

As requested in the Court's November 18, 2025 Order (Dkt. #34), Defendant hereby files the following report on the status of fact discovery and whether a settlement conference would be fruitful.

1. <u>Status of Discovery</u>

The parties exchanged written discovery requests, provided written responses, and produced documents. Plaintiffs contend there are issues with Defendant's written responses, but Defendant disagrees. Defendant provided responsive information that is clear in substance and/or linked to readily accessible and widely-known documents. Additionally, Plaintiffs appear to take issue with Defendant's assertion of either the attorney client communication privilege or attorney work product doctrine. Defendant stands by these assertions and expects this topic will be discussed during a teleconference with Plaintiffs' counsel.

Defendant is willing to discuss the specific issues with Plaintiffs' counsel. If after such conversation, Plaintiffs still believe there are deficiencies, Plaintiffs indicated they will file a motion to compel before the end of January 2026.

Currently, fact discovery is set to close on March 16, 2026. (Dkt. #34.) Defendant believes there might be a need to extend this deadline, but the parties can consider if such an extension is necessary at a later date. If such an extension is needed, Defendants can file such a motion.

To date, no depositions have occurred as the parties are attempting to resolve the purported issues with written discovery.

    2. <u>Prospects of Settlement</u>

        The Court ordered the parties to inform the Court on whether the parties believe a settlement conference may be fruitful. Previously, the parties held some informal discussions that indicated a settlement conference would not be an efficient use of the parties' time. Defendant will consider Plaintiffs' interest in having a conference if a "serious settlement offer" can be made. After such consideration, the parties will inform the Court as to whether a settlement conference should be scheduled.

Date: 1/20/2026

Respectfully submitted,

BARUCH GOTTESMAN D/B/A/
GOTTESMAN LEGAL SERVICES

By: /s/Kevin T. Mocogni

Matthew R. Henderson
Katherine G. Schnake
Kevin T. Mocogni
**HINSHAW & CULBERTSON, LLP**
151 N. Franklin St. Suite 2500
Chicago, IL 60601
Phone: (312)704-3000
mhenderson@hinshawlaw.com
kschnake@hinshawlaw.com
kmocogni@hinshawlaw.com

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that he electronically served upon all Counsel of Record a copy of **Defendant's Status Report,** via the online filing system and email on January 20, 2026.

                                                                                    */s/ Kevin T. Mocogni*

99037\327655130.v1