**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| November Acquisitions SPV LLC, December Acquisitions SPV LLC, Bad Gremlin LLC, Remora LLC | Case No. 25-cv-03148 |
| | The Honorable Joan B. Gottschall |
| v. | The Honorable Albert Berry III Magistrate Judge |
| Baruch Gottesman d/b/a/ Gottesman Legal Services. | |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

Matthew Henderson, Katherine Schnake, and Kevin Mocogni ("Defense Counsel") respectfully move this Honorable Court to enter an order allowing them to withdraw as counsel for Defendant Baruch Gottesman d/b/a Gottesman Legal Services, ("Gottesman"), pursuant to Local Rule 83.17, and in support, state as follows:

1.      Between June 11, 2025 and November 6, 2025, Defense Counsel filed their separate appearances in this matter on behalf of Gottesman.  (Dkt. #12, 15, 29.)

2.      Subsequently, professional differences have arisen between Defense Counsel and Gottesman that render Defense Counsel's continued representation of Gottesman impractical and justify Defense Counsel's withdrawal.  Relatedly, Illinois Supreme Court Rule of Professional Conduct 1.16 necessitates Defense Counsel withdraw.

3.      Excluding this motion, there are no other motions currently pending before the Court.

4.      Defense Counsel has notified Gottesman of their intent to withdraw as counsel of record.  This motion has been emailed to Gottesman at the email address Gottesman

communications with Defense Counsel. Additionally, Exhibit A to this motion includes a completed Notification of Party Contact Information as required under Local Rule 83.17.

5.      Defense Counsel's withdrawal in this matter will not cause undue burden on any parties in this action.

Wherefore, Matthew Henderson, Katherine Schnake, and Kevin Mocogni, respectfully request that this Honorable Court enter an order granting them leave to withdraw as counsel pursuant to Local Rule 83.17 for Defendant Baruch Gottesman d/b/a Gottesman Legal Services, and grant any and all further relief this Court deems just and appropriate.

Respectfully submitted,

HINSHAW & CULBERTSON LLP


*/s/ Kevin T. Mocogni*
Kevin T. Mocogni

Matthew R. Henderson
Katherine G. Schnake
Kevin T. Mocogni
Hinshaw & Culbertson LLP
151 North Franklin Street
Suite 2500
Chicago, IL 60606
Telephone: 312-704-3000
Facsimile: 312-704-3001
mhenderson@hinshawlaw.com
kschnake@hinshawlaw.com
kmocogni@hinshawlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2026, I electronically filed this Certificate of Service with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system reflecting service of Motion to Withdraw As Counsel to be served on all counsel of record.


*/s/ Kevin T. Mocogni*
Kevin T. Mocogni