# Baruch Gottesman
# 11 Broadway, Suite 615
# New York, NY 10004

February 5, 2026

<u>**Via ECF**</u>
The Hon. District Judge Joan B. Gottschall
United States District Court for the
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

    Re: Defendants' Position on Withdrawal
       November Acquisitions SPV LLC v. Gottesman
       <u>Case No. 1:25-cv-03148 (N.D.Ill.)</u>

Judge Gotschall:

  I am the Defendant in this matter of *November Acquisitions SPV LLC v. Gottesman*, Case No. 1:25-cv-03148 (N.D.Ill.) in which my Counsel has moved to withdraw.

  Under the very short time period provided in the Minute Order (ECF 41) the Undersigned has worked to make financial arrangements to maintain their prior Counsel and/or to obtain successor Counsel. As that process continues, we respectfully request that the Court enter a Stay for forty-five (45) days to resolve the issue of representation and to allow this case to continue moving forward expeditiously, orderly and fairly for the Defendants. And to the extent necessary, have successor counsel get up to speed on the already extensive discovery.

  I thank the Honorable Court for their continuing attention to this case and their consideration of this request. To the extent that a formal motion is required, please so advise and we will enter a formal appearance and do so.

                RESPECTFULLY SUBMITTED,

           By: */s/ Baruch S. Gottesman*

                Baruch S. Gottesman
                11 Broadway, Suite 615
                New York, NY 10004

*Served via ECF on all appearing parties*