IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| November Acquisitions SPV LLC, December Acquisitions SPV LLC, Bad Gremlin LLC, Remora LLC<br><br>v.<br><br>Baruch Gottesman d/b/a/ Gottesman Legal Services. | Case No. 25-cv-03148<br><br>The Honorable Joan B. Gottschall<br><br>The Honorable Albert Berry III Magistrate Judge |

**UPDATED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**

Matthew Henderson, Katherine Schnake, and Kevin Mocogni ("Defense Counsel") respectfully continue to move this Honorable Court to enter an order allowing them to withdraw as counsel for Defendant Baruch Gottesman d/b/a Gottesman Legal Services, ("Gottesman"), pursuant to Local Rule 83.17, and in support, state as follows:

1. On January 27, 2026, Defense Counsel filed a motion to withdraw as counsel for Defendant Baruch Gottesman d/b/a Gottesman Legal Services, ("Gottesman"). (Dkt. #39.)

2. On January 28, 2026, this Court entered a minute order providing Defendant with until February 4, 2026 to respond to the motion to withdraw. (Dkt. #41.)

3. On February 5, 2026, Defendant filed a brief response. (Dkt. #42.)

4. On February 6, 2026, this Court entered an order asking Defense Counsel to inform the Court on whether Defense Counsel's position on withdrawal has changed or is likely to change. (Dkt. #43.)

5. Defense Counsel states their position on withdrawing has not changed and is not likely to change.

1

6. Consequently, Defense Counsel continues to seek withdrawal for the reasons stated in the initial motion (Dkt. #39).

7. Defense Counsel has notified Gottesman of their intent to continue to seek withdraw as counsel of record. This update has been emailed to Gottesman at the email address Gottesman communications with Defense Counsel.

8. This Court entered an order staying the matter for 45 days to allow Defendant time to obtain different counsel. (Dkt. #43.) Thus, Defense Counsel's withdrawal in this matter will not cause undue burden on any parties in this action.

Wherefore, Matthew Henderson, Katherine Schnake, and Kevin Mocogni, respectfully continue to request that this Honorable Court enter an order granting them leave to withdraw as counsel pursuant to Local Rule 83.17 for Defendant Baruch Gottesman d/b/a Gottesman Legal Services, and grant any and all further relief this Court deems just and appropriate.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

/s/ Kevin T. Mocogni
Kevin T. Mocogni

Matthew R. Henderson
Katherine G. Schnake
Kevin T. Mocogni
Hinshaw & Culbertson LLP
151 North Franklin Street
Suite 2500
Chicago, IL 60606
Telephone: 312-704-3000
Facsimile: 312-704-3001
mhenderson@hinshawlaw.com
kschnake@hinshawlaw.com
kmocogni@hinshawlaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 9, 2026, I electronically filed this Certificate of Service with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system reflecting service of Motion to Withdraw As Counsel to be served on all counsel of record.

*/s/ Kevin T. Mocogni*
Kevin T. Mocogni