**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

November Acquisitions SPV LLC, et al.
                              Plaintiff,

v.                                           Case No.: 1:25−cv−03148
                                               Honorable Joan B. Gottschall

Baruch Gottesman
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 10, 2026:

      MINUTE entry before the Honorable Joan B. Gottschall: The Updated Motion to Withdraw as Counsel for Defendant [44] is granted. This resolves motion Dkt. #39 as well as Dkt. #44. Defendant Gottesman has up to and including March 23, 2026, either to have counsel file an appearance on his behalf or to file an appearance representing himself. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.