**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NOVEMBER ACQUISITIONS SPV LLC, DECEMBER ACQUISITIONS SPV LLC, BAD GREMLIN LLC, REMORA, LLC, | ) | Case No. 1:25-cv-03148 |
| Plaintiffs, | ) | The Honorable Joan B. Gottschall |
| v. | ) | The Honorable Albery Berry III, Magistrate Judge |
| BARUCH GOTTESMAN d/b/a GOTTESMAN LEGAL SERVICES, | ) | |
| Defendant. | ) | |

**AGREED MOTION FOR EXTENSION OF TIME TO COMPLETE DEPOSITIONS**

Plaintiffs November Acquisitions SPV LLC, December Acquisitions SPV LLC, Remora LLC, and Bad Gremlin LLC (collectively, "Plaintiffs") respectfully move for an extension to complete depositions in this case.

1. Fact discovery is set to close on October 15, 2026.

2. Both Plaintiffs and Defendant had scheduled depositions prior to the close of discovery.

3. Because of scheduling issues, including Plaintiffs' counsel's engagement in two cases involving preliminary injunctions and TRO's, the depositions had to be rescheduled.

4. The available dates for completion of depositions are not until after the close of discovery.

5. The parties are seeking an additional 30 days to complete depositions—*i.e.*, until November 15, 2026.

6. No trial date has been set; so this will not delay any trial.

7. A status hearing is set for October 21, 2026.

8. Plaintiffs' counsel has conferred with Defendant's counsel and he agrees and joins in this request.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order granting Plaintiffs' motion for extension of time.

Dated: October 14, 2026

Respectfully submitted,

NOVEMBER ACQUISITIONS SPV LLC,
DECEMBER ACQUISITIONS SPV LLC,
BAD GREMLIN LLC, AND
REMORA LLC

By: /s/ *Darrell J. Graham*
Attorney for Plaintiffs

Charles S. Bergen
Peter S. Roeser
Darrell J. Graham
LEVENFELD PEARLSTEIN, LLC
120 S Riverside Plaza, Suite 1800
Chicago, IL 60606
Phone: (312) 346.8380
cbergen@lplegal.com
proeser@lplegal.com
dgraham@lplegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2026, a copy of the foregoing was filed with the Court using the Clerk of the Court's CM/ECF system, which by its operation will send notice of this filing to all counsel of record.

*/s/ Darrell J. Graham*
*Counsel for Plaintiffs*