**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

November Acquisitions SPV LLC, et al.

Plaintiff,

v.

Case No.: 1:25−cv−03148
Honorable Joan B. Gottschall

Baruch Gottesman

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 15, 2026:

MINUTE entry before the Honorable Albert Berry III: Plaintiffs' agreed motion for extension of time to complete discovery [71] is granted. The fact discovery deadline is extended to 11/15/26. The 10/21/26 video status hearing remains set. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.