**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NOVEMBER ACQUISITIONS SPV LLC, DECEMBER ACQUISITIONS SPV LLC, BAD GREMLIN LLC, REMORA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BARUCH GOTTESMAN D/B/A GOTTESMAN LEGAL SERVICES,<br><br>Defendant. | Case No. 2025-CV-03148<br><br>Judge Joan B. Gottschall<br><br>Magistrate Judge Albert Berry III |

**MOTION TO WITHDRAW AND REQUESST TO STAY**

Attorney John H. Ray, III ("attorney Ray"), counsel to defendant Barcuh Gottesman d/b/a Gottesman Legal Services ("Gottesman"), pursuant to Local Rule 83.17, respectfully moves for an order granting leave to withdraw as counsel for defendant Gottesman, and as the basis therefore, states as follows:

1. On March 16, 2026, attorney Ray entered an appearance on behalf of defendant Gottesman, D.E. No. 47, and diligently worked to move this matter forward, including filing a motion to reopen discovery.

2. Irreconcilable differences have arisen between attorney Ray and defendant Gottesman that render counsel's continued representation impractical and justify withdrawal. Relatedly, Illinois Supreme Court Rule of Professional Conduct 1.16 requires withdrawal under the circumstances.

3. Excluding this motion, there are no other motions currently pending before the Court.

4. Counsel notified Gottesman of his intent to withdraw as counsel of record. This motion has been emailed to Gottesman at the email address that defendant Gottesman communications with counsel. Additionally, Exhibit A to this motion includes a completed Notification of Party Contact Information as required under Local Rule 83.17.

5. Counsel's withdrawal in this matter will not cause undue burden on any parties in this action. While discovery is set to close on November 16, 2026, discovery was only extended in order to complete depositions of the parties. On Thursday, November 5, 2026, counsel for plaintiffs emailed counsel to schedule depositions this week, but given both counsel's and Gottesman's schedule, the prospect of completing depositions this week was unlikely, requiring additional time regardless.

6. To accommodate the need for additional time for defendant Gottesman to retain counsel, attorney Ray also requests that the Court stay the matter and provide Gottesman forty-five (45) days to obtain successor counsel.

**WHEREFORE**, attorney Ray respectfully requests that the Court enter an order granting leave to withdraw as counsel to defendant Gottesman, and grant such other and further relief that the Court deems just and appropriate under the circumstances.

Dated: Chicago, Illinois
November 9, 2026

Respectfully submitted,

RAY & COUNSEL, P.C.,

By:/s/John H. Ray, III
John H. Ray, III (#6282383)

Ray & Counsel, P.C.
5300 South Shore Drive, Suite 102
Chicago, Illinois 60615
(312) 772-6420 (312) 277-6466 (fax)

jray@rayandcounsel.com

## CERTIFICATE OF SERVICE

I, John H. Ray, III, hereby certify that on November 9, 2026, I caused a true and correct copy of the foregoing document to be served electronically on all parties of record by electronic mail.

/s/ John H. Ray, III
John H. Ray, III (#JR1177)