**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

November Acquisitions SPV LLC, et al.
Plaintiff,
v.
Case No.: 1:25−cv−03148
Honorable Joan B. Gottschall
Baruch Gottesman
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 10, 2026:

MINUTE entry before the Honorable Albert Berry III: Motion by Attorney John H. Ray, III to withdraw as attorney for Baruch Gottesman [74] is denied without prejudice with leave to re−file. The motion was presented before Judge Berry III, but must be presented to the District Judge. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.